STATE OF NEW JERSEY v. PEARL LEWIS.

July 8, 1980.

Petition for certification denied.

IMPORTED AUTO CENTER OF NEW JERSEY, INC. v. NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY.

July 8, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT JAMES LANDANO.

July 8, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES LINWOOD CLARK.

July 8, 1980.

Petition for certification denied.